IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARVIN O COBB,
Reg #09419-076                                                                   PLAINTIFF

v.                              No. 2:15-cv-153-DPM

USA                                                                              DEFENDANT

### ORDER

Unopposed recommendation, № 43, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The motion for summary judgment, № 38, is denied. The case is returned to Magistrate Judge Deere for further proceedings.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 September 2016