# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**MARVIN O COBB,**
**Reg #09419-076**                                          **PLAINTIFF**

**v.**                          **No. 2:15-cv-153-DPM**

**USA**                                                    **DEFENDANT**

## JUDGMENT

The case is dismissed with prejudice.


_____

D.P. Marshall Jr.
United States District Judge

_____4 May 2017_____